

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LJF:JSR
F.#2010R01781

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 27, 2010

**By ECF and email**

Douglas G. Morris, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11201

       Re:  United States v. Adama Mama Camara
            Criminal Docket No. 10-M-1027

Dear Mr. Morris:

    Enclosed please find hospital discharge records of your client.  As you may recall, Magistrate Judge Mann ordered the government to provide these documents to you.

    If you have any questions, please do not hesitate to contact me.

                          Very truly yours,

                          LORETTA E. LYNCH
                          United States Attorney

            By:        /s/
                  Jessica S. Reid
                  Special Assistant U.S. Attorney
                  (718) 254-6250

Enclosures

cc: Clerk of the Court (w/o enclosures)